

### HEYMAN ENERIO GATTUSO & HIRZEL LLP
#### PRACTICING THE ART OF LAW

300 DELAWARE AVENUE • SUITE 200 • WILMINGTON, DELAWARE 19801
TEL: (302) 472.7300 • FAX: (302) 472.7320 • WWW.HEGH.LAW

Direct Dial:  (302) 472-7315
Email:  shirzel@hegh.law

December 29, 2023

**VIA FEDERAL EXPRESS**
The Honorable Leonard P. Stark
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Re:  *Ostrider Limited v. PDVSA Petroleo S.A.*
No.: 1:23-cv-01405-LPS

*UML Blandford Limited v. PDVSA Petroleo S.A.*
No.: 1:23-cv-1406-LPS

*Union Glory Limited v. PDVSA Petroleo S.A.*
No.: 1:23-cv-1407-LPS

*Clion Limited v. PDVSA Petroleo S.A.*
No.: 1:23-cv-1408-LPS

*Clion Limited v. PDVSA Petroleo S.A.*
No.: 1:23 -cv-1409-LPS

RECEIVED

JAN 03 2024

United States Court of Appeals
For the Federal Circuit

Dear Judge Stark:

      We have seen Your Honor's Order of December 26 in the above referenced cases requiring the parties to submit a joint status report on January 2, 2024. We write to clarify some points which may not be clear from the Plaintiffs' submissions to explain why we are unable to participate in the preparation of a joint status report in these cases.

      The defendant in these cases, and the party to the underlying contracts, is PDVSA Petróleo, S.A. ("Petróleo"), not Petróleos de Venezuela, S.A. (PDVSA). Petróleo is a separate entity from, and a subsidiary of, PDVSA. Petróleo has no interest in the PDVH shares. Neither this firm, nor the Curtis firm has been retained by Petróleo as counsel in these cases.



The Honorable Leonard P. Stark
December 29, 2023
Page 2

    While we can take no position in these cases, for the Court's convenience we refer to a decision in the District of Colorado which contains a description of Petróleo and its relationship to PDVSA and the Republic, holding that it qualifies as an "organ" of a foreign state under the Foreign Sovereign Immunities Act and thus the sovereign immunity provisions and procedural protections of that statute apply to it. See RSM v PDVSA et al., 338 F Supp 2d 1208, 1214-16 (2004).

    Respectfully submitted,

    /s/ Samuel T. Hirzel, II

    Samuel T. Hirzel, II (#4415)

cc:    All Counsel of Record (via e-mail)

Align top of FedEx Express® shipping label here.

```
ORIGIN ID:ZWIA  (302) 427-3908        SHIP DATE: 29DEC23
PRODUCTION CENTER                     ACTWGT: 0.15 LB
PARCELS INC.                          CAD: 0901152/CAFE3509
230 N. MARKET ST.

WILMINGTON, DE 19801                  BILL SENDER
UNITED STATES US
```

TO **THE HONORABLE LEONARD P. STARK**
**U.S. COURT OF APPEALS**
**FOR THE FEDERAL CIRCUIT**
**717 MADISON PLACE, NW**
**WASHINGTON DC 20439**

REF: 1540834.1
INV: 811836                           DEPT: VIRTUAL DOCKET

FedEx Express

E

TRK# 7094 8902 6778    TUE – 02 JAN 12:00
0201                   PRIORITY OVERNIGHT
                                         ASF
**XP VJIA**                              20439
                       DC–US    IAD

